USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

      Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER as TRUSTEE, EDDIE McWILLIAMS, and KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS,

      Defendants.

21 Civ. 8016

---

PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

      Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, and F. JOSIAH LEICHT as COMPLIANCE OFFICER of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,

      Defendants.

21Civ. 11151

**ORDER**

ANALISA TORRES, District Judge:

  The Court intends to consolidate the above-captioned actions and appoint Plaintiffs' counsel as lead counsel.  Any opposition to consolidation shall be filed by **January 14, 2022**.
  Defendants' requests in *Spillane* to file motions to dismiss, 21 Civ. 8016, ECF Nos. 22 & 23, are DENIED without prejudice to renewal after consolidation occurs.
  The Clerk of Court is directed to terminate the motion pending at 21 Civ. 8016, ECF No. 22.

  SO ORDERED.

Dated: January 5, 2022
   New York, New York

                 _____
                   ANALISA TORRES
                 United States District Judge