USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/24/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER as TRUSTEE, EDDIE McWILLIAMS, and KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS,

                Defendants.

21 Civ. 8016

---

PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, and F. JOSIAH LEICHT as COMPLIANCE OFFICER of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,

                Defendants.

21 Civ. 11151

**ORDER**

ANALISA TORRES, District Judge:

     The Court has reviewed the letter opposing consolidation filed by Defendants New York City District Council of Carpenters and Joiners of America and Eddie McWilliams.  21 Civ. 8016, ECF No. 26.  The objections raised are valid.  Accordingly, the Court will not consolidate these matters.

     Defendants in *Spillane* had filed pre-motion letters for a motion to dismiss.  21 Civ. 8016, ECF Nos. 22 & 23.  By **January 29, 2022**, Plainitffs in *Spillane* shall file their response letters.  Defendants do not need to re-file pre-motion letters.

     SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge