UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

        Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, and EDDIE McWILLIAMS,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/1/2022_

21 Civ. 8016 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters. ECF Nos. 22–23, 28–29. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED;
2. By **March 8, 2022**, Defendants shall file their motions to dismiss;
3. By **April 5, 2022**, Plaintiff shall file his opposition papers; and
4. By **April 19, 2022**, Defendants shall file their replies, if any.

SO ORDERED.

Dated: February 1, 2022
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge