```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, and EDDIE McWILLIAMS,

                Defendants.

21 Civ. 8016 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 7, 2022, the parties informed the Court that they agreed to use the Mediation Program for the Southern District of New York within fourteen days of the close of fact discovery. ECF No. 25. This case was referred to the Mediation Program on February 1, 2022. ECF No. 31. On February 25, 2022, Plaintiffs requested clarification on the timing of mediation. ECF No. 32.

    The parties are directed to participate in mediation, in good faith, within fourteen days of the close of fact discovery, or sooner should the parties so agree.

    SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge