```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/1/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, and NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, and EDDIE McWILLIAMS,

                Defendants.

21 Civ. 8016 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the letters filed on March 29 and 30, 2022 by Defendants New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, Joseph A. Geiger, and Kristen O'Brien (the "Fund Defendants"), and Plaintiffs. ECF Nos. 41–44. The Fund Defendants' request to file a motion to stay discovery pending the resolution of the pending motions to dismiss is DENIED without prejudice to renewal after briefing on the motions is completed.

      SO ORDERED.

Dated: April 1, 2022
       New York, New York

                                        ANALISA TORRES
                               United States District Judge