```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2023_

PATRICK BRENDAN SPILLANE and DEBRA SPILLANE aka DEBORAH SPILLANE,

          Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER as TRUSTEE, EDDIE McWILLIAMS, and KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS,

          Defendants.

21 Civ. 8016 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 3, 2023, the Court dismissed Plaintiffs' claims. ECF No. 72. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                  ANALISA TORRES
                                  United States District Judge