UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK BRENDAN SPILLANE and DEBRA
SPILLANE aka DEBORAH SPILLANE,

                            Plaintiffs,

        -against-

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, JOSEPH A. GEIGER as
TRUSTEE, EDDIE McWILLIAMS, and
KRISTIN O'BRIEN as EXECUTIVE
DIRECTOR OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
BENEFIT FUNDS,

                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/30/2023

21 Civ. 8016 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 3, 2023, the Court dismissed Plaintiffs' claims.  ECF No. 72.  The Clerk of Court is directed to enter judgment in this case.

        SO ORDERED.

Dated: January 30, 2023
        New York, New York

_____
        ANALISA TORRES
        United States District Judge