**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PATRICK BRENDAN SPILLANE and DEBRA
SPILLANE aka DEBORAH SPILLANE,

                             Plaintiff,

       -against-                                     21 **CIVIL** 8016 (AT)

                                                       **JUDGMENT**

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, JOSEPH A. GEIGER as
TRUSTEE, EDDIE McWILLIAMS, and
KRISTIN O'BRIEN as EXECUTIVE DIRECTOR
OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS BENEFIT FUNDS,

                             Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2023, the Court dismissed Plaintiffs' claims on January 3, 2023. Judgment is hereby entered; accordingly, the case is closed.

**Dated:**  New York, New York

       January 30, 2023

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                                 **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                             _____
                                                                 **Deputy Clerk**